UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **HEATHER WEATHERS** | * | **CIVIL ACTION NO. 06 CV 1042** |
| **VERSUS** | * | **JUDGE MELANCON** |
| **LAFAYETTE PARISH TO BOARD, ET AL.** | * | **MAGISTRATE JUDGE HILL** |

## ORDER

The defendants, Lafayette Parish School Board (School Board), Dr. James H. Easton (Easton) and Joseph Craig (Craig), have filed a motion requesting this court seal their application for attorneys fees and costs, on the grounds that these documents contain "confidential and proprietary billing information".

The defendants recognize that, as a general proposition, court records should be open and subject to review by the public.  The defendants argue, however, that the public's right is not absolute, and that in deciding a motion to seal court records the court must balance the public right of access against the interests favoring nondisclosure.  Here, the defendants argue that the public has nothing to gain or lose from knowledge regarding the billing rates or billing entries of counsel, and that the attorneys of record and the defendants have a privacy interest in the detailed billing information contained in these filings.  The defendants' recitation of the law is correct; the Court does not agree, however, with the public interest analysis made by the defendants.

The defendant School Board is a public body which operates using public funds. The defendants Easton and Craig are (or were) employees of the School Board.  Public funds were expended to pay attorney fees and costs of litigation in the defense of all defendants.  Counsel for the School Board were well aware that they were representing a public body and public employees, and, further, that they were being paid with public funds.  Clearly, where public funds are used in the defense of a public body and public employees, the balancing of interest predominates in favor of disclosure rather than in favor of secrecy.

Accordingly, the motion to seal is **denied**.

July 3, 2008, Lafayette, Louisiana.

_C. Michael Hill_
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE