# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
July 20, 2009

Charles R. Fulbruge III
Clerk

No. 08-31031
Summary Calendar

D.C. Docket No. 6:06-CV-1042

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 2 2009

HEATHER WEATHERS,

    Plaintiff - Appellee

v.

SCHOOL BOARD OF LAFAYETTE PARISH,

    Defendant - Appellant

Appeal from the United States District Court for the
Western District of Louisiana, Lafayette

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:   **11 AUG 2009**

A True Copy
Attest         **11 AUG 2009**

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
    Deputy

New Orleans, Louisiana

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 2 2009

w

United States Court of Appeals
Fifth Circuit
**FILED**
July 20, 2009

Charles R. Fulbruge III
Clerk

No. 08-31031
Summary Calendar

---

HEATHER WEATHERS

Plaintiff-Appellee

v.

SCHOOL BOARD OF LAFAYETTE PARISH

Defendant-Appellant

---

Appeal from the United States District Court
for the Western District of Louisiana
(6:06-CV-1042)

---

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Defendants-Appellants Lafayette Parish School Board, James H. Easton, and Joseph Craig obtained a summary judgment of dismissal of the employment discrimination action filed against them by Plaintiff-Appellee Heather Weathers, which dismissal was affirmed on appeal. Appellants returned to district court seeking attorneys' fees as prevailing parties under 32 U.S.C. § 1988 and 28 U.S.C. § 1927. In a Memorandum and Order filed

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

October 8, 2008, the district court rejected the Appellants' motion for attorneys' fees but granted their request for costs. For essentially the same reasons set forth by the district court, the judgment appealed from is, in all respects,

AFFIRMED.

**U.S. COURT OF APPEALS**
**FILED**
JUL 23 2009

RECEIVED
AUG 12 2009

CHARLES R. FULBRUGE III
CLERK

**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Heather Weathers v. Lafayette Parish School Board   No. 08-31071

**BILL OF COSTS**

Costs is due in this office within 14 days from the date of the opinion. See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

The Clerk is requested to tax the following costs against: Appellant

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | ALLOWED (If different from amount requested) | | |
|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | |
| Appendix or Record Excepts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 13 | 37 | .22 | 108.49 | 13 | 37 | .15 | 72.15 |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | Total $ | 108.49 | | | | |

Costs are hereby taxed in the amount of $ 72.15  this  11th  day of August 2009.

Costs are taxed in the amount of $ _____

State of Colorado
County of Orleans

CHARLES R. FULBRUGE III, CLERK
By _____
Deputy Clerk

I Katie Schwartzmann do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 2 day of July 2009.

_____ (Signature)
Katie Schwartzmann

Attorney for Appellee Heather Weathers

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 11, 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 2 2009

Mr. Tony R. Moore
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 08-31031, Weathers v. Lafayette Parish
        USDC No. 6:06-CV-1042

Enclosed, for the Western District of Louisiana, Lafayette only, is a copy of the judgment issued as the mandate.

Enclosed, for the Western District of Louisiana, Lafayette only, is a copy of the court's opinion.

Exhibits are returned:

( ) Volumes    ( ) Envelope   ( 1 ) ~~Box~~ Conf_exh.

Enclosed for the Western District of Louisiana, Lafayette and counsel is the approved bill of costs.

The electronic copy of the record has been recycled.

                        CHARLES R. FULBRUGE III, Clerk

                        By: _Dantrell Johnson_
                        Dantrell L. Johnson, Deputy Clerk
                        504-310-7689

cc: (letter only)
    Mr. David D Benoit
    Honorable Tucker L. Melancon (Sent via e-mail)
    Ms. Dawn L Morris
    Ms. Katharine Murphy Schwartzmann

P.S. to Judge Melancon: A copy of the opinion was sent to your office via email the day it was filed.

MDT-1